UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED
2013 NOV 27  P 1:51

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

**WIFILAND, LLP**,
Plaintiff(s),

v.                                                          Case No. **CV-01315-BRW**

**R.V.C, INC. D/B/A RIVER VIEW**,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1)  I am unable to pay such fees, costs, or give security therefor.
(2)  I am entitled to commence this action against the defendant(s).
(3)  I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

**John Borg**
Name (print or type)
**606 Post Road E, #547**
Street Address
**Westport      CT           06880**
City            State         Zip Code
**(203) 226-1311**
Telephone Number

Rev.12/1/11                                 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

**WIFILAND, LLP**,
    Plaintiff(s),

v.                                                                                   Case No. **3:11-CV-01315-BRW**

**R.V.C, INC. D/B/A RIVER VIEW**,
    Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ☐  Married ☐  Separated ☑  Divorced ☐
If separated or divorced, are you paying any support or any form of maintenance?
Yes ☑  No ☐
Dependents: Spouse _____  Children # **1**  Others # _____
and relationship _____
Please provide the names and ages of your children. **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY INITIALS ONLY.**
Name **AJB** _____  Age **5**
Name _____  Age _____
Name _____  Age _____

**RESIDENCE**
Street Address: **606 Post Road East, #547**
City: **Westport**  State: **CT**
Zip Code: **06880**  Telephone: **203-226-1311**

Rev.12/1/11                                                     2

**EDUCATION**
Please indicate the highest level of formal education you have completed:

**Post Grad- 2nd Year**

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the **1**   day of **April**_____, 20**13**___
The name of my last employer:   **Thin Air Venture Group**_____
Address:      **606 Post Road East, #547, Westport, CT 06880**_____
Telephone #: (    ) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly_____.

**FINANCIAL STATUS**
Owner of real property?  Yes ☐   No ☑
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.12/1/11                                3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations:_____
Names and addresses of banks and associations:_____
_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____
_____


**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $500 |
| Monthly mortgage payment on house: | $0 |
| Gas bill per month: | $0 |
| Electric bill per month: | $100 |
| Phone bill per month: | $75 |
| Car payments per month: | $0 |
| Car insurance payments per month: | $0 |
| Other types of insurance payments per month | $600 |
| Monthly payments to retail merchants: | $0 |
|   Please list:_____ | $0 |
|   Please list:_____ | $0 |
| Monthly payments on any other outstanding loans or debts: | $??? |
|   Please list:**Webster Bank $27,000** | $??? |
|   Please list:**Can't afford to pay** | $??? |
| Any money owed to doctors, hospitals, lawyers | |
|   Please list:_____ | $0 |
|   Please list:_____ | $0 |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $0 |
| Estimated monthly expenditure on food: | $600 |

Rev.12/1/11                        4

Estimated monthly expenditure on clothing: $250

Total amount of monthly obligations: $2,125

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
**I used to own my own business but the litigation forced me out of business. I'm estranged from my wife, have no employment, sources of income and don't expect to in the near future unless the appeal goes through.**

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | CV-01315-BRW | WiFiLand vs. River View | Appeals Court |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: Nov 26, 2013

_____
Original Signature of Affiant

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: Nov 26, 2013

_____
Original Signature of Affiant