UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

__WiFiLand, LLP__, Plaintiff

v.

__R.V.C, Inc. D/B/A: River__, Defendant
__View Campground and Canoe Livery__

Case No.
[Put case number here]
3:11-CV-01315-BRW

FILED
2013 NOV 27 P 1:57
DISTRICT COURT
[ILLEGIBLE], CONN

## MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a pro se litigant, and I hereby request permission to file electronic documents. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for pro se litigants before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files.

__John Berg__
Name of Pro Se Litigant

__606 Post Rd. E, #547__
Street Address

__Westport, CT 06880__    __203-226-1311__
City, State, Zip Code         Telephone

__jmb2@thinairventuregroup.com__
Email Address

__11/24/13__                  _____
Date                          Signature

Rev. 6/21/10

## Certificate of Service

I hereby certify that on __11/24/13__ [date], a copy of the foregoing "Motion by Pro Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

**[insert name and address of every person served]**.

Christopher Winars, Esq
100 Mill Plain Rd,
4th Floor
Danbury, CT 06811

_____
Signature of Pro Se Litigant

David Reif
James Regan
City Place I
185 Asylum Street
Hartford, CT 06103